# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 13, 2024

Lyle W. Cayce
Clerk

No. 24-10449
Summary Calendar

GERALD WRICE,

*Plaintiff—Appellant*,

*versus*

ROBERT OTTO MARTIN, *Medical Doctor, TDCJ French Robertson Unit*;
JACKIE GREGORY, *Family Nurse Practitioner, TDCJ French Robertson
Unit*; ERMIAS ABEBE, *Family Nurse Practitioner, TDCJ French Robertson
Unit*; GINGER FABRIZIO, *Physician Assistant*; TONI LYNN DEER,
*Physician Assistant, TDCJ French Robertson Unit*; RONALD WILLIAMS,
*Medical Director, TDCJ French Robertson Unit*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:22-CV-41

_____

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10449

Gerald Wrice, Texas prisoner # 01512884, filed a 42 U.S.C. § 1983 complaint against medical providers at the Texas Department of Criminal Justice raising Eighth Amendment claims of deliberate indifference to his serious medical needs. The district court dismissed his complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1), and Wrice appealed.

We liberally construe briefs from pro se litigants, but the litigant still must brief challenges to a district court judgment for this court to consider them. *Davis v. Lumpkin*, 35 F.4th 958, 962 n.1 (5th Cir. 2022); *see Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Wrice does not identify any error in the district court's dismissal of his complaint for failure to state a claim. By failing to identify any error in the district court's decision, Wrice has abandoned any challenge to that judgment. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

The district court's dismissal of the complaint counts as a strike for purposes of 28 U.S.C. § 1915(g). *See Coleman v. Tollefson*, 575 U.S. 532, 534–41 (2015). Wrice is advised that if he accrues three strikes under § 1915(g), he will be unable to proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See id.* § 1915(g).

The judgment of the district court is AFFIRMED. Wrice's motion for appointment of counsel is DENIED.